**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RYAN ROSS
REG. #79419-080                                                                                                    PETITIONER

VS.                                       2:05CV00103 WRW/JTR

LISA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                              RESPONDENT

**ORDER**

      Petitioner, an inmate at the Federal Correctional Institute ("FCI") located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.) The Court denied Petitioner's Motions to Proceed *In Forma Pauperis* (docket entry #5), and Petitioner has subsequently paid the $5.00 filing fee. Therefore, the Court will order service of the Petition.

      IT IS THEREFORE ORDERED THAT:

      1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

      2. Respondent shall file a responsive pleading **within twenty (20) days** of service..

Dated this 3rd day of October, 2005.

                                                                     UNITED STATES MAGISTRATE JUDGE