**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

RYAN ROSS
REG.  #79419-080                                                              PETITIONER


VS.                              2:05CV00103 JTR


LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                              RESPONDENT


## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED,

AND ADJUDGED that this habeas action is DISMISSED, WITHOUT PREJUDICE.

Dated this 16th day of August, 2006.


_____
UNITED STATES MAGISTRATE JUDGE